1     Honorable Philip H. Brandt
      May 14, 2009; 10:30 a.m.

2

3

4

5

6   IN THE UNITED STATES BANKRUPTCY COURT FOR THE
    WESTERN DISTRICT OF WASHINGTON AT SEATTLE

7   In re:                                    )    Chapter 7
                                               )    Bankruptcy No. 98-09957
8   VASILY MEFODYEVICH EFIMOFF and             )
    LUKERIA VASILYONVA EFIMOFF,                )    ORDER ON OBJECTION TO
9                                              )    AMENDED SECURED CLAIM OF
              Debtor(s).                       )    THE INTERNAL REVENUE SERVICE
10  _____    )

11        THIS MATTER having come on regularly before the below-signed Judge of the above-

12  entitled court, upon the trustee's Objection to Amended Secured Claim of the Internal Revenue

13  Service, proper notice having been given, good cause appearing, now, therefore, it is hereby

14        ORDERED that claim number 4 filed by the Internal Revenue Service and allowed in the

15  Order Allowing/Disallowing Claims entered by this court on September 8, 1999, is hereby amended

16  by the claim filed by the Internal Revenue Service dated March 27, 2009, and that claim is allowed

17  as a secured tax claim pursuant to 11 U.S.C. § 724(b)(1) in the amount of $45,651.53, and as a

18  penalty under 11 U.S.C. § 726(a)(4) in the amount of $8,774.75.

19        DONE IN OPEN COURT this _____ day of May, 2009.

20

21

22                                    /S/ Karen A. Overstreet            JUDGE
                                      United States Bankruptcy Judge
23  Presented By:                     (Dated as of Entered on Docket date above)

    THE RIGBY LAW FIRM
24
        /S/ *James Rigby*
25  _____
    James Rigby, WSBA #9658
    Of Attorneys for Trustee

**ORDER ON OBJECTION TO
AMENDED CLAIM FILED BY
INTERNAL REVENUE SERVICE**          **THE RIGBY LAW FIRM**
090403iOrd Page 1                   600 Stewart Street, Suite 1908
                                    Seattle, WA 98101 - (206) 441-0826