The Honorable Philip H. Brandt
Chapter 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

In Re: ) Chapter 7
) No. 98-09957
VASILY M. EFIMOFF )
LUKERIA V. EFIMOFF ) EX-PARTE ORDER
) AUTHORIZING TRUSTEE
) TO PAY TAXES
Debtors. )

THIS MATTER having come forth on the ex-parte application of the Chapter 7 Trustee for authorization to incur Chapter 7 administrative expenses as set forth in the trustee's application, the Court finding that said taxes are an appropriate Chapter 7 administrative expense, the Court having reviewed the records and files herein and being fully advised, now, therefore,

IT IS HEREBY ORDERED that the Chapter 7 trustee is authorized to pay, as a Chapter 7 administrative expense, the federal income taxes owed in the sum of $3,538, to the Internal Revenue Service, plus any penalties and interest, for 2010.

DATED this ___ day of June, 2010.

/s/ PHBrandt
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Presented by:

/s/ *Ronald G. Brown*
Ronald G. Brown, WSBA #8816
Chapter 7 Trustee

EX-PARTE ORDER AUTHORIZING
TRUSTEE TO PAY TAXES

RONALD G. BROWN
ATTORNEY AT LAW
2525 WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 342-7850 TELEPHONE
(206)342-7851 FACSIMILE

Case 98-09957-PHB    Doc 71    Filed 06/07/10    Entered 06/07/10 07:55:10    Page 1 of 1